**Appellant's Motion for Rehearing En Banc Denied and Concurring Opinion on Denial of Motion for Rehearing En Banc filed July 25, 2017.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00134-CV

### AGAR CORPORATION, INC., Appellant

### V.

### ELECTRO CIRCUITS INTERNATIONAL, LLC AND SURESH PARIKH, Appellees

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2008-20480A**

## O R D E R

Appellant Agar Corporation, Inc.'s Motion for Rehearing En Banc is denied.

PER CURIAM

En Banc Court consists of Chief Justice Frost and Justices Boyce, Christopher, Jamison, Busby, Donovan, Brown, Wise, and Jewell. Chief Justice Frost authored a Concurring Opinion on Denial of Motion for Rehearing En Banc in which Justice Christopher joins.